PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Yariff Figueroa-Torres     Cr.: 14-00266-001
    PACTS #: 66125

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM H. WALLS
    SENIOR UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:    THE HONORABLE JOHN MICHAEL VAZQUEZ
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/16/2014

Original Offense:    Count One: Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine, 21 U.S.C. § 846, a Class B Felony

Original Sentence: 75 months imprisonment, five (5) years supervised release

Special Conditions: Alcohol/Drug Testing and Treatment.

Type of Supervision: Supervised Release     Date Supervision Commenced: 07/02/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the of alcohol, and shall submit to urinalysis or other form of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition."** |
| | On January 13, 2023, the Probation Officer in the District of Puerto Rico, conducted a home visit at the residence of Figueroa-Torres, but he was not there. Contact was made with his wife, who reported that the IUS was supposed to be at home. The wife provided a walk-through of the residence to the probation officer. During the home inspection, the wife handed a plastic container with white powder that she found in Mr. Figueroa-Torres' vehicle. The probation officer seized the container and field tested the substance which yielded positive results for Cocaine Base. |

Prob 12A – page 2
Yariff Figueroa-Torres

| | |
|---|---|
| 2 | The individual under supervision have violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'** |
| | On September 6, 2022, Figueroa-Torres was charged at the state level for violating Puerto Rico Penal Code, Article 202.B (2012) and Law #8, Article 18.2 (1987). Bail of $25,000 for each count was set and posted by Figueroa-Torres. He was released with location monitoring supervision pending his next hearing. On October 4, 2022, Figueroa-Torres requested that the state judge remove the location monitoring supervision and the judge granted this petition. The preliminary hearing is scheduled for January 26, 2023. |
| 3 | The individual under supervision have violated the mandatory supervision condition which states **"The defendant shall report to the Probation Officer in a manner and frequency directed by the Court or Probation Officer."** |
| | On January 12, 2023, the Probation Officer instructed Figueroa-Torres to report to the Probation Office before 12:00pm. Although he agreed to report, Figueroa-Torres did not comply. The Probation Officer called Figueroa-Torres to inquire of his whereabouts, but he did not answer his cellphone. |
| 4 | The individual under supervision have violated the mandatory supervision condition which states **"The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instruction of the Probation Officer."** |
| | On January 13, 2023, the Probation Officer contacted Figueroa-Torres who stated he was working at a Hyundai Dealer. After providing the address, he was instructed to wait there to meet with the Probation Officer. When the Officer arrived, Figueroa-Torres was not found, and he did not answer the phone. |

U.S. Probation Officer Action:

The Individual Under Supervision is presently supervised in the District of Puerto Rico.

The U.S. Probation Office of District of Puerto Rico respectfully requests no Court action be taken by Your Honor at this time. It is requested a Transfer of Jurisdiction be initiated since he resides in the District of Puerto Rico and does not intend to return to the District of New Jersey. Notably, the District of Puerto Rico has indicated that they will initiate violation proceedings in their district once Transfer of Jurisdiction is completed.

At this time, we are respectfully recommending no further action for the non-compliance noted above and that Transfer of Jurisdiction be granted. Please find a copy of the Probation Form 22 Transfer of Jurisdiction for Your Honor's signature.

Prob 12A – page 3
Yariff Figueroa-Torres

Respectfully submitted,

SUSAN M. SMALLEY
Chief U.S. Probation Officer

By:   CARRIE H. BORONA
Supervising U.S. Probation Officer

/trp

PREPARD BY:

*Taylor R. Petronzio*              01/13/2023
TAYLOR R. PETRONZIO        Date
U.S. Probation Technician

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] No Formal Court Action to be Taken at This Time. Transfer of Jurisdiction granted to the District of Puerto Rico. (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

1/13/2023
Date